# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SUSANA RAMIREZ OROZCO, <br><br> Defendant. | Case No. 2:20-MJ-03168 <br><br> ORDER OF DETENTION |

On September 10, 2020, Defendant Susana Ramirez Orozco made her initial appearance in this district on the Complaint filed in this matter.[1] Carlos Iriarte specially appeared for Richard Raynor, who represents Defendant. A detention hearing was held on the motion by the Government pursuant to 18 U.S.C. § 3142(f)(2) in a case allegedly involving a serious risk that Defendant will flee.

---

[1] On July 10, 2020, Defendant was arrested in the Northern District of Ohio on the instant Complaint. That same date, she made her initial appearance in that district.

1  The Court finds that Defendant represents a significant risk of nonappearance and there are no conditions or combination of conditions that would mitigate these concerns.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. *See* 18 U.S.C. § 3142(g). The Court also considered the report and recommendation of the U.S. Pretrial Services Agency. The Court bases its conclusions on the following: Defendant has no family ties to the Central District of California or to the United States. She does have extensive family ties to Mexico as well as an extensive history of foreign travel. Her background is unverified, and she has no bail resources.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: September 14, 2020

*PATRICIA DONAHUE*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE